

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00612-CV

**IN THE INTEREST OF S.L.M.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01559
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED.

_____
Jason Pulliam, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.



_____
Keith E. Hottle
Clerk of Court